

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN 2 2 2025

CLERK, U.S. DISTRICT COURT
By_____
Deputy

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

PHILIPS NORTH AMERICA LLC
Plaintiff,

v.                                          Case No.: 3:22-cv-00147-B

IMAGE TECHNOLOGY CONSULTING,
LLC; MARSHALL R. SHANNON, IMAGE
TECHNOLOGY CONSULTING II, LLC and
AXIOM IMAGING SOLUTIONS, INC.,
Defendants.

## NOTICE TO THE COURT IN SUPPORT OF THE AMICUS BRIEF. FCC RESPONSE

Quinn, co-founder of CAPS, respectfully asks this court to accept this Notice of the FCC response to questions directly related to the Amicus Brief and in an effort to assist this court responses from the FCC, the controlling regulatory agency for all Radio Frequency (RF) systems and devices.

In addition, new information that has come about from the responses from the FCC that directly pertain to the amicus brief.

Exhibit 1 is the correspondence between Mr. Ira Keltz and Quinn.

Mr. Ira Keltz (Keltz) is Deputy Chief of Policy and Rules Division in the Office of Engineering and Technology (OTE). Keltz is the FCC authority on issues relating to RF usage in systems and devices and as such has the final word on the FCC regulations contained in 47CFR part18.207 and 18.213.

Exhibit 1:

Mr. Keltz responses

**On Jan 14, 2025**, at 9:38 AM, Ira Keltz <                    > wrote:

Mr. Quinn – **18.207 only refers to what a manufacturer would supply to the Commission as part of a report should such a report be requested by the Commission.  As previously**

**noted, 18.213 refers to what is required to be provided to users; unless exempted under 18.113. I hope that helps.**

Regards,

Ira

Ira Keltz

Acting Chief

Office of Engineering and Technology

Federal Communications Commission


(202) 418-0616

On Jan 14, 2025, at 6:40 AM, Ira Keltz <                    > wrote:

Mr. Quinn – If I read the e-mail chain correctly, your final question refers to the requirements in 18.207 and 18.213. **Please note that the technical report referred to in 18.207 is only required should the Commission request such a report.** Most part 18 equipment is approved under **the Suppliers Declaration of Conformity (SDoC) process, a procedure where the responsible party makes measurements to ensure that the equipment complies with the appropriate technical standards and other applicable requirements (See 2.906)** and which no further submission is made to the Commission. However, the Commission, at its discretion, may request a report from a manufacturer should it have reason to do so, regardless of the process under which the equipment has been authorized; for example due to a credible interference complaint, etc. **Regarding 18.213, this rule section requires all equipment regulated under part 18, unless they are exempt under 18.113, to include the prescribed information either in the instruction/user manual or on the packaging.**

Regards,

Ira

Ira Keltz

Acting Chief

Office of Engineering and Technology

Federal Communications Commission


(202) 418-0616

47CFR Part 18 sections 18.207 and 18.213 are:

### § 18.207 Technical report.

When required by the Commission a technical report **shall** include at least the following information:

(a) A description of the measurement facilities in accordance with          . If such a description is already on file with the Commission, it may be included by reference.

**(b) A copy of the installation and operating instructions furnished to the user. A draft copy of such instructions may be submitted with the application, provided a copy of the actual document to be furnished to the user is submitted as soon as it is available, but no later than 60 days after the grant of the application.** Emphasis added

(c) The full name and mailing address of the manufacturer of the device and/or applicant filing for the equipment authorization.

(d) The FCC Identifier, trade name(s), and/or model number(s) under which the equipment is or will be marketed.

(e) A statement of the rated technical parameters that includes:

(1) A block and schematic diagram of the circuitry.

(2) Nominal operating frequency.

(3) Maximum RF energy generated.

(4) Electrical power requirements of equipment.

(5) Any other pertinent operating characteristics.

(f) A report of measurements, including a list of the measuring equipment used, and a statement of the date when the measuring equipment was last calibrated and when the measurements were made. The frequency range that was investigated in obtaining the report of measurements shall be indicated. See also          and          .

### § 18.213 Information to the user.

**Information on the following matters shall be provided to the user in the instruction manual or on the packaging if an instruction manual is not provided for any type of ISM equipment:**

**(a) The interference potential of the device or system**

**(b) Maintenance of the system**

**(c) Simple measures that can be taken by the user to correct interference.**

(d) Manufacturers of RF lighting devices must provide an advisory statement, either on the product packaging or with other user documentation, similar to the following: This product may cause interference to radio equipment and should not be installed near maritime safety communications equipment or other critical navigation or communication equipment operating between 0.45-30 MHz. Variations of this language are permitted provided all the points of the statement are addressed and may be presented in any legible font or text style.

Under 47CFR part 18.207(b), the responsible party, the Suppliers Declaration of Conformity (SDoC) requirement, is required to provide users installation and operational instructions.

This provision tracks closely with 21CFR 820.170 Installation.

Under 47CFR part 18.213(b) the responsible party, SDoC, is required to provide maintenance instructions in the instruction manual or packaging of the device.

This provision tracks closely with 21CFR part 1030—performance standards for microwave and radio frequency emitting products and former 1050.10 Ultrasonic therapy products, requiring adequate service instructions for RF devices. In addition, the FDA's 3663 which is on file at the FDA.

## The RESPONSIBLE PARTY

Philips North America is FDA registered as FDA number 3016618143.

Philips North America does not hold 510k clearances for MRI's.

Philips North America FDA registration and its website show patient achieve systems (RF), wireless medical devices (RF), toothbrushes and the like as what commerce Philips North America is engaged in.

Philips North America is FCC under Grantee Code Pqc.

A review of the files on the FCC website for Philips North America demonstrates Philips North America is not the responsible party for MRI's under this FCC registration number.

The same patient achieve (RF) and wireless medical devices (RF) as in the FDA's registration and website show are listed on the FCC and have an SDoC from the FCC.

Philips North America does not have a legal SDoC from the FCC for MRI's.

Who is the responsible party at Philips for SDoC as required by the RF regulations contained in 47 CFR part 18 sections 207 and 213 for MRI's marketed and distributed in the United States?

## CONCLUSION

In order for Philips North America to operate RF devices in the United States, Philips is required to receive an SDoC from the FCC for all RF devices.

While it is the agencies, FCC and FDA, legal responsibility to resolve who and what Philips North America is to RF compliance and MRI registration for MRI's marketed and sold in the United States, it is Philips legal responsibility to truthfully prove to this court, before this court could craft an order requiring Philips North America to provide adequate instructions per 820.170, that Philips North America is the responsible party under FCC regulations to comply with FCC regulations contained in 47CFR part 18 sections 207 and 213 and is FDA registered to market and distribute MRI's in the United States.

In the event Philips North America will not truthfully answer these questions then I ask that this court direct the responsible Philips party identify themselves and comply with adequate instructions/information to comply with all FDA and FCC regulations.

Date January 17, 2025                         Thank you.

Thomas J. Quinn
Co-founder CAPS
PO Box 4420
Irvine, CA 92616
(724) 272 9953

**tom.joseph.quinn@gmail.com**

| | |
|---|---|
| **From:** | Ira Keltz <Ira.Keltz@fcc.gov> |
| **Sent:** | Tuesday, January 14, 2025 12:22 PM |
| **To:** | Tom Quinn |
| **Subject:** | RE: [EXTERNAL]: Fwd: Response to Inquiry to FCC (Tracking Number 524098) |

I suggest you check the Marketing Complaint Filing Guide at: which provides information on how to file such a complaint through the Commission's Consumer Complaint Center's Online portal.

**From:** Tom Quinn <tom.joseph.quinn@gmail.com>
**Sent:** Tuesday, January 14, 2025 2:27 PM
**To:** Ira Keltz <Ira.Keltz@fcc.gov>
**Subject:** Re: [EXTERNAL]: Fwd: Response to Inquiry to FCC (Tracking Number 524098)

Mr. Keltz

Thank you for your response.


Thomas J Quinn
724 272 9953




On Jan 14, 2025, at 9:38 AM, Ira Keltz <                > wrote:


Mr. Quinn – 18.207 only refers to what a manufacturer would supply to the Commission as part of a report should such a report be requested by the Commission.  As previously noted, 18.213 refers to what is required to be provided to users; unless exempted under 18.113.  I hope that helps.

Regards,
Ira


Ira Keltz
Acting Chief
Office of Engineering and Technology
Federal Communications Commission

(202) 418-0616


**From:** Tom Quinn <                >
**Sent:** Tuesday, January 14, 2025 12:24 PM

1

**To:** Ira Keltz <                    >
**Subject:** Re: [EXTERNAL]: Fwd: Response to Inquiry to FCC (Tracking Number 524098)

You don't often get email from                    .

Mr. Keltz

To clarify my questio referring to 18.207, my question in regards to sub section 18.207(b) is, are manufacturers required to provide a copy of installation and operating instructions to users of RF devices regulated by the FDA?

I can expand that a little by referring to the MOU or other communications with the FDA regarding 18.207(b, installation and operating instructions, and in the absence of such communications on 18.207(b) then I believe the FCC retains regulatory authority over 18.207(b).

The word shall in the opening sentence and sub section b makes installation and operating instructions a mandatory requirement.

Question is installation and operation instructions required to be provided to users of all RF devices regulated by the FDA?

## § 18.207 Technical report.

When required by the Commission a technical report **shall** include at least the following information:

(b) **A copy of the installation and operating instructions furnished to the user.** A draft copy of such instructions may be submitted with the application, **provided a copy of the actual document to be furnished to the user is submitted as soon as it is available, but no later than 60 days after the grant of the application.**

Thank you for the response on 18.213.

I hope this clarifies 18.207(b).

I await your response.

Thank you

Tom

Tom Quinn
President
MRA

2

7242729953

On Jan 14, 2025, at 6:40 AM, Ira Keltz <                    > wrote:

Mr. Quinn – If I read the e-mail chain correctly, your final question refers to the requirements in 18.207 and 18.213. Please note that the technical report referred to in 18.207 is only required should the Commission request such a report.  Most part 18 equipment is approved under the Suppliers Declaration of Conformity (SDoC) process, a procedure where the responsible party makes measurements to ensure that the equipment complies with the appropriate technical standards and other applicable requirements (See 2.906) and which no further submission is made to the Commission.  However, the Commission, at its discretion, may request a report from a manufacturer should it have reason to do so, regardless of the process under which the equipment has been authorized; for example due to a credible interference complaint, etc.  Regarding 18.213, this rule section requires all equipment regulated under part 18, unless they are exempt under 18.113, to include the prescribed information either in the instruction/user manual or on the packaging.

Regards,
Ira


Ira Keltz
Acting Chief
Office of Engineering and Technology
Federal Communications Commission

(202) 418-0616


**From:** Tom Quinn <                                >
**Sent:** Monday, January 13, 2025 7:53 PM
**To:** Ira Keltz <                >
**Subject:** [EXTERNAL]: Fwd: Response to Inquiry to FCC (Tracking Number 524098)

You don't often get email from                                   .

CAUTION: This email originated from outside of the Federal Communications Commission. Do not click on links or open attachments unless you recognize the sender and trust the content to be safe. If you suspect this is a phishing attempt, please use the 'Report Message' feature in Microsoft Outlook or forward the email to the NSOC.

Mr. Keltz

I'm not sure why I received multiple responses to this question but I did not file multiple requests.

I await the answer to the final question

3

Thank you
Thomas J Quinn
724 272 9953

Begin forwarded message:

**From:**
**Date:** January 13, 2025 at 3:44:22 PM PST
**To:**
**Subject: Response to Inquiry to FCC (Tracking Number 524098)**

**Inquiry on 12/28/2024 :**

**Inquiry:**

When is my questions in 726789 going to be answered?

**FCC response on 01/13/2025**

Inquiry 726789 was already answered on 1/10/2025

**FCC Response on 01/10/2025:**

Hello,
Veterinary MRIs are considered non-consumer MRIs used for medical diagnosis and monitoring appl
therefore are subject to 18.121exemptions. As for your question regarding linear accelerators, pleas
additional detailed information on how they operate, frequency of operation, if radio frequency is us
operation of these devices, and if there are other electronics or digital circuitry that may be used to
enable operation of these devices, or b) used to support other applications such as data processing,

OET

This inquiry is now closed.

**Attachment Details:**

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHILIPS MEDICAL SYSTEMS
(Cleveland), Inc.
    Plaintiff                        C.A. No. 87-2828-MLW

       v                              C.A. No. 87-2579-MLW

THOMAS J. QUINN
    Defendant

## Referral for possible criminal prosecution

In addition to the request for the investigation and prosecution for the alleged criminal acts committed by Picker/Philips in cases 87-2828 and 87-2579 I request this court refer this additional information regarding Philips alleged criminal actions regarding compliance with Federal laws and regulations related to this case.

Date:   January 17, 2025                        BY:

Thomas J. Quinn Pro Se
PO Box 4420
Irvine, CA 92616
(724) 272 9953

**Certificate of Service**

I, the undersigned, certify that I have served or caused to serve, on the 17th of January 2025 the Notice to the court in support of the Amicus Brief FCC response was served upon each of the following persons and parties in interest at their address shown below. In addition, I have attempted but failed to conferred, due to lack of response from Ms. Wirtschafter and Mr. Ford per local rules.

Ms. Carla M. Wirtschafter, Esq
ReedSmith LLP
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067
Via email and regular mail

Via email, as directed, for each of the lawyers listed by Ms. Wirtschafter

Method of Service: regular mail to Ms. Wirtschafter.

Thomas J. Quinn
724 272 9953

Case 3:22-cv-00147-B    Document 341    Filed 01/22/25    Page 12 of 12    PageID 14239

# PRIORITY MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

APPLY PRIORITY MAIL POSTAGE HERE

LAGUNA NIGUEL, CA 92607
JAN 17, 2025

75242    **$10.45**

RDC 03    0 Lb 2.30 Oz    S2324E501609-23

UNITED STATES
POSTAL SERVICE®

Quinn
Po Box 4420
Irvine CA 92616

United States District Court
1100 Commerce St
Dallas Tx 75242

RECEIVED 1:52

JAN 2? 2025

MAILROOM

EXPECTED DELIVERY DAY: 01/21/25

**USPS TRACKING® #**

9505 5133 7465 5017 3523 85

10 x 5

2:22cv-00147-B

For International shipments, the maximum weight is 4 lbs.